Merle Oliver, Appellant, v. Linco Products, Inc. et al.,
Appellees.

Gen. No. 43,760.

opinion filed February 20, 1947; released for publication
March 28, 1947. Alfred M. Loeser, for appellant; Burt A. Crowe, for
certain appellee; Carl E. Abrahamson, of counsel; Heth, Lister & Flynn,
for certain other appellee; John A. Menk, of counsel. Opinion by
JUSTICE SCANLAN. Not to be published in full.